**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

IN RE:

| | |
|---|---|
| **GREGORY SHANE POWERS,**  ) | |
| ) | **CASE NO. 16-11001** |
| ) | **CHAPTER 7** |
| **DEBTOR.**  ) | |
| ) | |

**NOTICE OF SPECIAL APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

Please take notice that the undersigned counsel hereby enters a special appearance on behalf of GMAC and, pursuant to 11 U.S.C. §342 and Federal Rules of Bankruptcy Procedure 2002, 3017(a), and 9010, requests that his name be added to the mailing list maintained by the Clerk in the above-referenced case so that all notices in this case or any proceeding herein be given to and served upon the undersigned counsel at the address set forth below.  Please take further notice that the submission of this Notice and Request constitutes only a special appearance and is not to be deemed a consent to or a waiver of the right to challenge the jurisdiction of the Bankruptcy Court in this case, including without limitation the jurisdiction of the Court to adjudicate non-core matters or the waiver of right to jury trial, all of which GMAC reserves without prejudice.

Dated: September 30, 2016

KIRSCHBAUM, NANNEY, KEENAN & GRIFFIN, P.A.

By:/s/*David P. Nanney, Jr.*
David P. Nanney, Jr.
N.C. State Bar No. 13056
Attorneys for GMAC
P. O. Box 19806
Raleigh, NC   27619-9766
Telephone:  (919) 848-9640
Facsimile:   (919) 848-8755
Email: dnanney@kirschlaw.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day, he served a copy of the foregoing on the parties in interest either electronically or by depositing copies of same in a depository under the exclusive care and custody of the United States Postal Service, in a postage-paid envelope, addressed as follows:

Gregory Shane Powers
525 Gold Hill Road
Asheboro NC 27203

Julie H. Stubblefield
117 Sunset Avenue
Asheboro NC 27203

James C. Lanik
P.O. Box 1550
High Point NC 27261

This the 30th day of September, 2016.

/s/*Lou Ann Goodnight*
Lou Ann Goodnight
Paralegal